**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| TIFFANY BROWN, | : | Case No. 1:19-cv-574 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| TOTAL QUALITY LOGISTICS, LLC, | : | |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. 14), GRANTING MOTION TO DISMISS (DOC. 5), AND
TERMINATING CASE**

---

The Court has reviewed the Order and Report and Recommendation (Doc. 14) of

United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant

to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS**

said Report and Recommendation.   Accordingly, the Court **GRANTS** Defendant's

Motion to Dismiss (Doc. 5) and this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND